1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA DEPARTMENT OF<br>STATE HOSPITALS, et al.,<br><br>                    Defendants. | 1:23-cv-00911-SKO<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 2) |

        Plaintiff David Allen is a civil detainee proceeding *pro se* in a civil rights action pursuant

to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code §

6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation

Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

        In the instant action, Plaintiff filed an application to proceed *in forma pauperis*.

Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                              */s/ Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

1