UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>　　　　　Defendants. | 1:23-cv-0911 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

　　　　David Allen seeks to hold Defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. (*See generally* Doc. 1.) The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A, and found Plaintiff failed to state a cognizable claim. (*See generally* Doc. 6.) The magistrate judge directed Plaintiff to file an amended complaint within 21 days. (*Id.* at 11.) In the alternative, the Court informed Plaintiff that he could file a notice of voluntary dismissal. (*Id.*) The Court warned Plaintiff that his failure to comply with the Court's order would result in a recommendation that his case be dismissed. (*Id.*) Plaintiff did not file an amended complaint or respond to the order.

　　　　The magistrate judge then found Plaintiff failed to comply with the Court's order and failed to prosecute this action. (Doc. 8 at 2-4.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 4.) The magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal."

1

(*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and the time to do so expired.

  According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

  1. The Findings and Recommendations issued on November 2, 2023 (Doc. 8) are **ADOPTED** in full.

  2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey a Court order and failure to prosecute.

  3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE